UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUMIKO HURST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIGGE CRANES AND RIGGING CO., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05442-SI<br><br>**JUDGMENT** |

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 11, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge